JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-6168 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Nancy F. Hunter, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Nancy F. Hunter, in the principal amount of $2,399.32 plus interest accrued to July 16, 2012, in the sum of $298.11; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of $**2,724.43**.

DATED: 10/23/12                    By: TERRY NAFISI
                                        Clerk of the Court

                                        YVETTE LOUIS
                                        Deputy Clerk
                                        United States District Court